IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ELROY O'DONALD                                                                                    PETITIONER
ADC #109703

V.                                          NO. 5:06cv00289 SWW

LARRY NORRIS, Director,                                                                         RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #2) is untimely and is hereby denied. Respondent's motion to dismiss (docket entry #12) is granted, thereby dismissing this action in its entirety with prejudice.

IT IS SO ORDERED this 4th day of December, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE