IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ELROY O'DONALD                                                                    PETITIONER
ADC #109703

V.                                           NO. 5:06cv00289 SWW

LARRY NORRIS, Director,                                                           RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 4th day of December, 2007.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE